# United States District of the District Of California San Diego

FILED
Jun 10 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ charlest   DEPUTY

'22CV860 DMS KSC

# WHISTLEBLOWERS

Now Comes The Plantiffs Victims/Survivors/Heirs/Descendants Agent of the DAVIS BROTHERS LUMBER COMPANY "LTD" "A FAMILY BUSINESS" MODEL TO BLOW THE WHISTLEBLOWER CAMPAIGN, LAUNCHED 02/22/2022.

To.

On or About December 17th 1902, 4:00 PM the DAVIS BROTHERS LUMBER Co. LTD was Incorporated with $100,000 in Capital Stock with the DAVIS BROTHERS from COLUMBIA

County, Arkansas, welcomed by the DAVIS FAMILY & COMMUNITY THAT CURVED OUT THE Town of ANSLEY in the JURSIDICTION OF THE "SOVEREIGN" STATE of LOUISIANA. (THE "DAVIS FAMILY" ARE THE BLACK "DAVIS" FAMILY & THE DAVIS' from ARKANSAS ARE THE WHITE FAMILY THAT FORMED A "FAMILY BUSINESS" IN THE "JIM CROW SOUTH."

## II.

On or About March 22nd 1919, Recorded in Conveyance Book "X" Pages 506~509, Wesley "WESS" DAVIS DEEDED Land INVESTED IN DAVIS BROTHER LUMBER Co. LTD, & SIGNED THE COMPANY'S SECRETARY TREASURE R.W. DAVIS (MARRIED HUEY P. LONG'S SISTER CHARDLETTE.) WESS DAVIS, MARRIED ONCE, wife living JUDY HOUSTON DAVIS.

* GOOGLE: "DAVIS BROTHERS LUMBER COMPANY, ANSLEY, LA READ EVERY SINGLE ARTICLE AND VIEW EVERY SINGLE GALLERY ANNETTE WALKER / TWITTER

## III

On or about September 21, 1972, the "WHITE" Business Partners dissolved their portion of the Company leaving The **True** Survivors of the Davis Bros Lumber Co. LTD, the HEIRS of "WESS DAVIS as "SOLE PROPRIETORS." However, Survivors have "NOT" had Access Control, Royalities, Profits, nor Prestige of a **GLOBAL EMPIRE**.

## IV

Internal Revenue Service IRS Form 56 for the United States Federal Government filed in the *U.S. District Court, District of Nevada (Las Vegas) Case # 2:15CV01839 which is responsible for collecting taxes and adminstering the Internal Revenue Code, the Main Body of the Federal Tax Code; launched an Investigation by the ICIJ (International Consortium of Investigative Journalist). 600 (Six Hundred) Journalists, 117

(ONE HUNDRED SEVENTEEN) and 14 (FOURTEEN) FINANICAL INSTITUTIONS was DISPERSED AROUND THE WORLD GENERATING THE LARGEST DATA LEAK CALLED THE: ***PANDORA PAPERS** which REVEALED THE STATE of NEVADA as a SAFE HAVEN for PERPETRATORS, which has RENTLESSLY PURSUED, TERRORIZED, HACKED, ATTACKED, TRACKED, VIOLATED, AND DENIED **HUMAN & CIVIL RIGHTS**... "DOMESTIC TERRORISM" #1 THREAT TO THE U.S. DEMOCRACY???

## V.

SINCE 2005, THE DEFENDANTS WERE NOTIFIED of "FRAUD" AND "OBSTRUCTION OF JUSTICE, AIDING AND ABETTING CRIMINALS, & RICO, the DEFENDANTS HAS DONE "NOTHING" to CORRECT THESE EGREGIOUS ACTIONS, that DEMAND & WARRANT LEGAL ACTIONS AGAINST ALL CO-CONSPIRATORS (IDENTIFIED & UNIDENTIFIED, KNOWINGLY & UNKNOWINGLY) MUST BE PROSECUTED

The Illegal & Fraudulent Acts of the Jurisdiction of the State Of Louisiana:

Governor: John Bel Edwards

Secretary: L. Kyle Ardoin

Treasurer: John M. Schroder / LIGI (Legal Advisor)

Atty General: Jeff Landry

All must be "Criminal Charged" to pursue

# JUSTICE

But not limited to:

Freedom Of Information Request & Demand Of Information That Pretain To The Vested Interest of the Victims, Survivors, Heirs, Plantiffs — "Subpoenaed"

The Effected Parties Of The Ansley/Vernon, Any Other Communities Within The Jurisdiction of the LOUISTANA Defendant(s) Oil, & Mineral Companies, Must "Seek" Out Victims of The Unlawful Actions of ALL of Identified & Unidentified VIOLATORS! & Co-Conspirators But Not Limited To:

The Victims, The "True" Survivors Have And Continue To Be Severely Damaged By The Defendants and Many, Many, Many, Other Which Was Revealed By The "TCIJ" Have Savagely Participated In Fraud, Corruption, Obstruction Of Justice, RICO, Aiding & Abetting, Violation Of Human & Civil Rights— that has Resulted In...

IRREVERSIBLE PAIN & SUFFERING

# Demands Of The Plaintiffs

(1.) Upon Filing Of Compliant Of Whistleblowers — Injunctive Relief:

a.) Total Control of "Family" Business Davis Brothers Lumer Co. LTD Survivors w/ Finanical Literacy To Assist The Plaintiffs Going Forward

b.) Access To Funds Immediately The Survivors Are In Crisis and to Prevent more Pain & Suffering. Below Poverty

c.) Immediate Arrest Of All Voilators and Prosecution

d.) Protection From Retalation

(2.) "Forensic Audit" Deemed Applicable IRS Tax ID #02300050D

* Survivors who have properly identified

## Family Members

### Spouses and Children

**Levent Cobin**
Deceased • GZB5-MTX

No Marriage Events

**Mirra Lee Davis**
1906-1989 • GZB5-MD3

∧ Children (1)

Ada Mae Cobin
1935-2019 • GZB5-3XG

### Parents and Siblings

Wesley Davis
1857-Deceased • GZB5-SFN

No Marriage Events

Judy Holston
1861-Deceased • GZB5-J5D

∧ Children (15)

Willie Davis
1877-Deceased • GZB5-Y4Y

Mirllin Davis
1878-Deceased • GWVY-FRZ

Frank Davis
1880-Deceased • GWVY-PZ6

Seab Davis
1884-Deceased • GWVY-JX4

Gennie Davis
1886-Deceased • GWVY-CYG

Eliga Davis
1887-Deceased • GWVY-QYV

Lum Davis
1889-Deceased • GWVY-CYT

# Certificate Of Service

I, Annette Haynes Walker Direct Descendant, Survivor, Hier, Agent (With Internal Revlle Service) Declare & Decree A Whistleblower Compliant By Certified Mail Have Served Upon The Defendants, this 2nd Day of June In The Year Of Our Lord 2022.

District Attorney
Stacey Jackson
900 Government Center
Columbus, GA
31901
(706) 653-4336

Annette Haynes Walker
Annette Haynes Walker
Homeless
342 Euclid Ave Ste 406 #229
San Diego, CA 92114
(702) 833-0308
annettewalker1518@gmail.com