UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE WALKER, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>SSA, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 22-CV-00860-RSH-KSC<br><br>**ORDER DISMISSING CASE** |

   On August 22, 2022, the Court issued an order requiring Plaintiffs Annette Walker and Terry James Walker to either (1) pay the $402 filing fee[1] OR (2) both file applications to proceed *in forma pauperis* by September 30, 2022. ECF No. 4. Further, the Court

---

[1]   In addition to a $350 fee, civil litigants, other than those granted leave to proceed *in forma pauperis*, must pay an additional administrative fee of $52. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)).

1

directed Davis Bros. Lumber Co. to obtain legal representation and enter an appearance through counsel by the same date. *Id.* at 3.

However, Plaintiffs have since failed to take any action. Accordingly, this case is **DISMISSED** without prejudice for failure to pay the requisite filing fee and for failure to comply with the Court's prior order. *See* Civ. L.R. 83.1(a). The Clerk of the Court is **DIRECTED** to close the file.

**IT SO ORDERED**.

Dated: October 17, 2022

*[signature]*
Hon. Robert S. Huie
United States District Judge